United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:19-cv-00037 |
| ) | |
| TSQUARED ENTERTAINMENT, LLC ) | |
| d/b/a CHUTERS; TONY L. WATTS, JR. ) | |
| and TONY L. WATTS, SR., ) | |
| each individually ) | |
| ) | |
| Defendants. ) | |

## AGREED FINAL JUDGMENT

Plaintiffs filed an action for copyright infringement against Defendants. Plaintiffs and Defendants TSquared Entertainment, LLC d/b/a Chuters and Tony Watts, Sr. (collectively "the Parties") have reached a resolution of this lawsuit. The Parties now request entry of this Agreed Final Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff Broadcast Music, Inc. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

   a. Amarillo By Morning

   b. Drivin' My Life Away

   c. Kiss An Angel Good Mornin'

   d. Neon Moon

   e. You're Gonna Miss Me When I'm Gone

2. Defendants TSquared Entertainment, LLC d/b/a Chuters and Tony Watts, Sr have

438415.1

willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3. Defendants TSquared Entertainment, LLC d/b/a Chuters and Tony Watts, Sr are hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

4. Defendants TSquared Entertainment, LLC d/b/a Chuters and Tony Watts, Sr shall pay the Plaintiffs damages in the amount of $5,000.00.

5. Therefore, judgment is hereby entered in favor of Plaintiffs and against Defendants TSquared Entertainment, LLC d/b/a Chuters and Tony Watts, Sr in the amount of $5,000.00, plus post judgment interest from the date this judgment is signed by the Court.

6. Each party is to bear its own costs, attorneys' fees, and expenses.

5. This Court shall retain jurisdiction over this matter for enforcement of this Agreed Final Judgment.

_____May 26_____, 2021.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Approved As To Form and Content:

TSQUARED ENTERTAINMENT, LLC

By: _____
*Attorneys for Defendants*

By: _____
Title: Sole Member

_____
Tony L. Watts, Sr.

Approved As To Form and Content:

BROADCAST MUSIC, INC., for itself and its co-Plaintiffs

By: _____
J. Scott Andrews
Gree, Herz, & Adams, L.L.P.
State Bar No. 24064823
S.D. Tex. Bar. No. 1589440
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (Telephone)
(866) 422-4270 (Facsimile)
jandrews@greerherz.com

*Attorneys for Plaintiffs*

By: _____
Victoria Dutschmann
Broadcast Music Inc.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: 615.401.2724

438415.1